UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA WALBY and<br>BRUCE WALBY, | ) <br> ) <br> ) | CIV. 09-5097-JLV |
| Plaintiffs, | ) <br> ) | JUDGMENT OF DISMISSAL |
| vs. | ) <br> ) | |
| LEHMAN TRIKES, U.S.A., INC.,<br>and MIKE RUSK, JR., | ) <br> ) <br> ) | |
| Defendants. | ) | |

Pursuant to plaintiffs' unopposed motion to dismiss (Docket 20), it is hereby

ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice and without costs to any party.

Dated October 20, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE